DAVID STONEMAN, Appellant, *v.* SAM KATZ et al., Defendants, and SAM DAMBROW, JR., Respondent.

Argued March 17, 1942; decided April 23, 1942.

*Jack Lewis Kraus, II, Harry B. Kurzrok* and *Sydney Brodie* for appellant.

*Louis Mizer* and *Arthur B. Krim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.